**Joyce WHITE, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2011–3108.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Michael D.J. Eisenberg, Law Office of Michael D.J., Washington, DC, for Petitioner.

Joshua A. Mandlebaum, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Hermenta P. AQUINO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2011–3092.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Hermenta P. Aquino, Olongapo City, Philippines, pro se.

K. Elizabeth Witwer, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.